**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: David A. Eckroth<br>       Rosa A Eckroth | CHAPTER 13 |
| Debtor(s) | BKY. NO. 19-14254 PMM |

**ENTRY OF APPEARANCE AND REQUEST FOR NOTICES**

To the Clerk:

    Kindly enter my appearance on behalf of Bank of America, N.A and index same on the master mailing list.

                              Respectfully submitted,

/s/ *Michael Farrington*
Michael Farrington
14 Jun 2023, 15:33:28, EDT

        KML Law Group, P.C.
        701 Market Street, Suite 5000
        Philadelphia, PA 19106-1532
        (215) 627-1322