| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2022 to 08/01/2023
### Chapter 13 Case No. 19-14254-PMM

DAVID A. ECKROTH  
ROSA A. ECKROTH  
1229 NORTH 13TH STREET  
READING  PA    19604

Petition Filed Date: 07/03/2019  
341 Hearing Date: 08/20/2019  
Confirmation Date: 06/04/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/23/2022 | $150.00 | 150789 | 09/22/2022 | $150.00 | 151920 | 10/12/2022 | $150.00 | 152723 |
| 11/09/2022 | $150.00 | 153782 | 12/19/2022 | $150.00 | 155078 | 01/13/2023 | $387.00 | 156155 |
| 02/16/2023 | $387.00 | 157432 | 03/24/2023 | $387.00 | 158809 | 04/25/2023 | $387.00 | 160166 |
| 05/12/2023 | $387.00 | 161007 | 06/20/2023 | $387.00 | 162321 | 07/17/2023 | $387.00 | 163418 |

**Total Receipts for the Period: $3,459.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $8,859.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $3,550.00 | $3,550.00 | $0.00 |
| 1 | US DEPT OF HUD<br>»»  001 | Unsecured Creditors | $2,387.04 | $0.00 | $2,387.04 |
| 2 | ONE MAIN FINANCIAL<br>»»  002 | Unsecured Creditors | $5,256.77 | $0.00 | $5,256.77 |
| 3 | NATIONSTAR MORTGAGE LLC<br>»»  003 | Mortgage Arrears | $15,548.73 | $2,907.83 | $12,640.90 |
| 4 | SMS FINANCIAL XXVIII LLC<br>»»  004 | Unsecured Creditors | $131,128.12 | $0.00 | $131,128.12 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |

**Chapter 13 Case No. 19-14254-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 8/1/2023:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,859.00 | Current Monthly Payment: | $386.04 |
| Paid to Claims: | $7,747.83 | Arrearages: | $379.32 |
| Paid to Trustee: | $759.00 | Total Plan Base: | $22,749.72 |
| Funds on Hand: | $352.17 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.