# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 19-14254** |
| **David A. Eckroth AKA David Eckroth** : | **Chapter 13** |
| **Rosa A. Eckroth AKA Rosa Eckroth** : | **Judge Patricia M. Mayer** |
| : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** : | |
| : | |
| : | **Related Document #** |
| : | |
| : | |
| : | |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for Bank of America, N.A , its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

Respectfully submitted,

/s/ Alyk L. Oflazian
Alyk L. Oflazian, Esquire (312912)
Adam B. Hall (323867)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus, OH  43216-5028
Telephone: 614-220-5611
Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Alyk L. Oflazian.
Contact email is ALOflazian@manleydeas.com

24-012383_PS

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **In re:** : | |
| : | **Case No.: 19-14254** |
| **David A. Eckroth AKA David Eckroth** : | **Chapter 13** |
| **Rosa A. Eckroth AKA Rosa Eckroth** : | **Judge Patricia M. Mayer** |
| : | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** : | |
| : | |
| : | **Related Document #** |
| : | |
| : | |
| : | |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, ECFMail@ReadingCh13.com

BRENNA HOPE MENDELSOHN, Attorney for David A. Eckroth AKA David Eckroth and Rosa A. Eckroth AKA Rosa Eckroth, tobykmendelsohn@comcast.net

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

David A. Eckroth AKA David Eckroth and Rosa A. Eckroth AKA Rosa Eckroth, 1229 North 13th Street, Reading, PA 19604

/s/ Alyk L. Oflazian

24-012383_PS