Case 19-14254-pmm   Doc 58   Filed 08/27/24   Entered 08/27/24 08:22:11   Desc Main
Document    Page 1 of 2

| | |
|---|---|
| Office Mailing Address:<br>Scott F. Waterman, Trustee<br>2901 St. Lawrence Avenue, Suite 100<br>Reading, PA  19606 | Send Payments **ONLY** to:<br>Scott F. Waterman, Trustee<br>P.O. Box 680<br>Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 19-14254-PMM**

| | |
|---|---|
| DAVID A. ECKROTH<br>ROSA A. ECKROTH<br>1229 NORTH 13TH STREET<br>READING  PA    19604 | Petition Filed Date: 07/03/2019<br>341 Hearing Date: 08/20/2019<br>Confirmation Date: 06/04/2020 |

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/14/2023 | $387.00 | 164652 | 09/19/2023 | $387.00 | 166066 | 10/16/2023 | $387.00 | 167122 |
| 11/14/2023 | $387.00 | 168270 | 12/15/2023 | $387.00 | 169346 | 01/23/2024 | $387.00 | 170462 |
| 02/23/2024 | $387.00 | 171709 | 03/20/2024 | $387.00 | 172804 | 04/29/2024 | $387.00 | 174324 |
| 06/03/2024 | $387.00 | 175767 | 06/26/2024 | $387.00 | 176834 | 07/23/2024 | $387.00 | 177949 |

**Total Receipts for the Period:  $4,644.00    Amount Refunded to Debtor Since Filing:  $0.00    Total Receipts Since Filing: $13,503.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $3,550.00 | $3,550.00 | $0.00 |
| 1 | US DEPT OF HUD<br>»»  001 | Unsecured Creditors | $2,387.04 | $0.00 | $2,387.04 |
| 2 | ONE MAIN FINANCIAL GROUP LLC<br>»»  002 | Unsecured Creditors | $5,256.77 | $0.00 | $5,256.77 |
| 3 | NATIONSTAR MORTGAGE LLC<br>»»  003 | Mortgage Arrears | $15,548.73 | $7,447.34 | $8,101.39 |
| 4 | SMS FINANCIAL XXVIII LLC<br>»»  004 | Unsecured Creditors | $131,128.12 | $0.00 | $131,128.12 |
| 0 | MENDELSOHN & MENDELSOHN PC | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |

**Chapter 13 Case No. 19-14254-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $13,503.00 | Current Monthly Payment: | $386.04 |
| Paid to Claims: | $12,287.34 | Arrearages: | $367.80 |
| Paid to Trustee: | $1,215.66 | Total Plan Base: | $22,749.72 |
| Funds on Hand: | $0.00 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE! Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.