**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **In re:** | : | |
| | : | |
| **David A. Eckroth AKA David Eckroth** | : | Case No.: **19-14254** |
| | : | **Chapter 13** |
| **Rosa A. Eckroth AKA Rosa Eckroth** | : | **Judge Patricia M. Mayer** |
| | : | * * * * * * * * * * * * * * * * * * * * * * * |
| **Debtor(s).** | : | |
| | : | |

### WITHDRAWAL AND ENTRY OF APPEARANCE OF COUNSEL FOR CREDITOR

Now comes **Stephen R. Franks**, who shall be substituted for Alyk L. Oflazian as counsel of record for creditor **Bank of America, N.A** ("Creditor"). Alyk L. Oflazian is no longer counsel for Creditor and should not receive future notices in this case.

| | |
|---|---|
| /s/ Alyk L. Oflazian | /s/ Stephen R. Franks |
| Alyk L. Oflazian (312912) | Stephen R. Franks (333394) |
| MDK Legal | MDK Legal |
| P.O. Box 165028 | P.O. Box 165028 |
| Columbus, OH  43216-5028 | Columbus, OH  43216-5028 |
| 614-220-5611; Fax 614-627-8181 | 614-220-5611; Fax: 614-627-8181 |
| ALOflazian@mdklegal.com | srfranks@mdklegal.com |

24-012383_PS

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **In re:** | |
| | **Case No.: 19-14254** |
| **David A. Eckroth AKA David Eckroth** | **Chapter 13** |
| **Rosa A. Eckroth AKA Rosa Eckroth** | **Judge Patricia M. Mayer** |
| | \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* |
| **Debtor(s)** | |
| **Bank of America, N.A** | **Related Document #** |
| **Movant,** | |
| vs | |
| **David A. Eckroth AKA David Eckroth** | |
| **Rosa A. Eckroth AKA Rosa Eckroth** | |
| **Scott F. Waterman** | |
| **Respondents.** | |

### CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Withdrawal and Entry of Appearance of Counsel for Creditor was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Scott F. Waterman, Chapter 13 Trustee, ECFMail@ReadingCh13.com

BRENNA HOPE MENDELSOHN, Attorney for David A. Eckroth AKA David Eckroth and Rosa A. Eckroth AKA Rosa Eckroth, tobykmendelsohn@comcast.net

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

David A. Eckroth AKA David Eckroth and Rosa A. Eckroth AKA Rosa Eckroth, 1229 North 13th Street, Reading, PA  19604

/s/ Stephen R. Franks

24-012383_PS