| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA 19606 | Memphis, TN 38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 19-14254-PMM

DAVID A. ECKROTH
ROSA A. ECKROTH
1229 NORTH 13TH STREET
READING  PA  19604

Petition Filed Date: 07/03/2019
341 Hearing Date: 08/20/2019
Confirmation Date: 06/04/2020

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/27/2024 | $387.00 | 179460 | 09/24/2024 | $387.00 | 180726 | 10/23/2024 | $387.00 | 181867 |
| 11/27/2024 | $387.00 | 183173 | 01/02/2025 | $387.00 | 184353 | 01/28/2025 | $387.00 | 185384 |
| 02/26/2025 | $387.00 | 186450 | 03/25/2025 | $387.00 | 187554 | 04/25/2025 | $387.00 | 189047 |
| 06/02/2025 | $387.00 | 190221 | 07/01/2025 | $387.00 | 191577 | | | |

**Total Receipts for the Period: $4,257.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $18,534.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $3,550.00 | $3,550.00 | $0.00 |
| 1 | US DEPT OF HUD »» 001 | Unsecured Creditors | $2,387.04 | $0.00 | $2,387.04 |
| 2 | ONE MAIN FINANCIAL GROUP LLC »» 002 | Unsecured Creditors | $5,256.77 | $0.00 | $5,256.77 |
| 3 | NATIONSTAR MORTGAGE LLC »» 003 | Mortgage Arrears | $15,548.73 | $11,354.12 | $4,194.61 |
| 4 | SMS FINANCIAL XXVIII LLC »» 004 | Unsecured Creditors | $131,128.12 | $0.00 | $131,128.12 |
| 0 | BRENNA H MENDELSOHN ESQUIRE | Attorney Fees | $1,290.00 | $1,290.00 | $0.00 |

**Chapter 13 Case No. 19-14254-PMM**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $18,534.00 | Current Monthly Payment: | $386.04 |
| Paid to Claims: | $16,194.12 | Arrearages: | ($30.72) |
| Paid to Trustee: | $1,608.44 | Total Plan Base: | $22,749.72 |
| Funds on Hand: | $731.44 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.**

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.